UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PRATUL M. PATEL, et al., § | |
| § | CIVIL ACTION NO. 3:08-CV-0248-B-BD |
| Plaintiffs, § | |
| § | consolidated with |
| v.  § | CIVIL ACTION NO. 3:08-CV-0249-B-BD |
| PACIFIC LIFE INSURANCE § | |
| COMPANY, et al., § | |
| Defendants. | |

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court is Plaintiffs' Motion for Reconsideration and for Leave to Amend (doc. 199, as docked in consolidated action 3:08-cv-248-B; doc. 91 as docketed in 3:08-cv-249-B). The Court originally dismissed Plaintiffs' complaint without prejudice on May 22, 2009, directing Plaintiffs to file an amended complaint. Plaintiffs filed their Second Amended Complaint on June 30, 2009. The Court dismissed the Second Amended Complaint with prejudice on August 27, 2010. Having considered Plaintiffs' Motion for Reconsideration of that Order (doc. 199/doc. 91), the Court finds it should be and hereby is **DENIED**.

SO ORDERED.

DATED September 28, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE